UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EXERGEN CORPORATION, </br></br> Plaintiff, </br></br> v. </br></br> KAZ USA, INC., </br></br> Defendant. | ) </br> ) </br> ) </br> ) </br> ) C.A. No. 1:13-cv-10628-RGS </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) |

## [PROPOSED] ORDER RELEASING SUPERSEDEAS BOND

The Court has considered Defendant Kaz USA, Inc.'s Assented to Motion for Order Releasing Supersedeas Bond. The Court is of the opinion that the Motion should be **GRANTED**. The bond attached as Exhibit A to Kaz USA, Inc's Memorandum in support of its Motion to Approve Supersedeas Bond and Stay Enforcement of Judgment (Dkt. 463-1) is hereby released.

**IT IS SO ORDERED.**

June 1, 2018

_Richard G. Stearns_
United States District Judge